FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

13 APR -4 P4:21

CLERK, U.S. DISTRICT COURT
BY smg  DEPUTY CLERK
AT WICHITA, KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Anita K. Blue
Nicholas A. Blue

(Enter above the full name of the Plaintiff(s))

vs.

Case Number: 13-CV-1132-JTM-KGG

(AKA T.F.I.), The Farm Inc.
Name
171 S. Longfellow
Street and number
Wichita  Ks  67207
City    State    Zip Code

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Anita K. Blue
    Address  1547 N Ash St.
             Wichita Ks 67214

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant __T.F.I., The farm Inc.,__

employed at __Same. Address- 1711 S Longfellow, Wichita KS, 67207__

C. Additional Defendants __K.D.H.E.__
__130 S Market__
__Wichita KS. 67202__

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of __KS.__

2. The first-named defendant above is either

a. a citizen of the State of __KS.__; or

b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of __Kansas__; or

b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    ____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

    _X_ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    _X_ 3. Other grounds (specify and state any statute which gives rise to such grounds):

*Violation of the ADA of 1990, which prohibits discrimination based on physical or mental disability. 42. USC 12101 et. seq.*

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

*see attached*

3

Count one;D The Defendants violated the rights of Plaintiff, Anita Blue, by denying her constitutional rights of due process and equal protection under the law. Plaintiff, acting under color of law, was discriminated against by the Defendants, who used slander, fabracated documentation, and lied, to cover up the Defendants fault in a criminal investigation. Defendants failed to follow the rules and regulations in placement of foster-care child in the Plaintiffs home, when the Plaintiff's profile clearly states that the Plaintiff "does not except" children who are sexual preditors. Defendants mislead Plaintiff into excepting a sexual violent preditor, by withholding information on her history, and lying about her present status as a sexual preditor. When Defendants placement of this child in the Plaintiff's home resulted in an assualt on a 8 year old victim, Defendants tried to shift blame on the Plaintiff, to consel the Defendants guilt in this matted. Plaintiff's profile states clearly that the Plaintiff does not except sexual offenders, as it also includes in the list of not excepted, fire starters, thiefs, bedweters, ect... Defendants did not follow protocal, and sent the Plaintiff a child she was never suppose to be contacted about. This action resulted in the endangerment of the Plaintiffs home and family, as well as those children already in the care of the Plaintiff. Then the Defendants violated the rights of the Plaintiff under the U.S. Constitution, Bill of Rights, under Amendment 5, as Plaintiff was not given the right of due process, equal protection under the law and Amendment 6 confrontation of witnesses.

Count two: On 2/14/2012 Defendant K.D.H.E., sent the Plaintiff a Notice of Survey Findings,in which the Defendant labeled the Plaintiff, Nicholas Blue as ," The foster parent's adult autistic son." This labeling of the Plaintiff is in direct violation of the A.D.A. act of 1990, 42. USC 12101 et. seq. as the Plaintiff's autism has nothing to do with the alledged charges. Defendants placed this label on the Plaintiff to try and mask there coverup . These alledged charges were dismissed by the Kansas Department Of Social Rehabilation Services on 06/12/2012 sighting " The facts and circumstances do not support a substantiated finding by clear and convincing evidence." Defendants tried to use the Plaintiff's disability to cloud the truth of Defendants poor judgement in sending a convicted child molester into the Plaintiff's home in direct violation of the Plaintiff's contracted agreement.

Count three; On 2/15/2012 The Defendant, T.F.I. , sent the Plaintiff , Anita Blue a Corrective Action Plan for Anita Blue, in which the Defendant Labeled the Plaintiff, Nicholas Blue as , "the foster parent's adult autistic son, This labeling of the Plaintiff is in direct violation of the A. D.A. act of 1990, 42.USC 12101 et. seq. , as it is not the Plaintiff's name but , a disability he suffer's from. Placing this label on the Plaintiff is in violation of his rights under the U. S. Constitution as well.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

see attached

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [X]   No [ ]

VII. Do you claim punitive monetary damages? Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Plaintiff lost wages of aproximately $48,000⁰⁰ due to defendants illegal actions. Plaintiff suffered mental distress, emotional brakedowns due to Defendants slander & deformation of character Plaintiff's seeks (3,000,000⁰⁰) three million dollars in damages.

4

1. Plaintiff seeks full expungment of Plaintiff's record in the fostercare field and criminal investigation into the attempted cover up of the mismanagement of the placement of the convicted sexual predator in the Plaintiff's home.

2. All Placement calls recorded for the safety of the foster care parent and the child.

3. New regulations put into place to make sure this does not happen again.

4. Termination of all Parties responsible for the cover up in this case including, but not limited to Nicole Booze, Nicole Fox Philips, Stephanie Million, Shari Pike and Candance Moten.

5. Investigation into the practices and policies of the Defendants to maintain the safety of the Childrens lives they over see.

VIII.  Administrative Procedures:

    A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X] No [ ]

    B.  If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Claims Presented to K.S.R.S by defendants findings - on 1-9-12 "facts do not support a substantiated finding by clear + convincing evidence"

    C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

N/A

IX.  Related Litigation:

Please mark the statement that pertains to this case:

_____  This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

X  Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Nicholas A. Blue

Nicholas A. Blue

X Anita Blue
Signature of Plaintiff

Anita K. Blue
Name (Print or Type)

5

<u>1547 N Ash</u>
Address

<u>Wichita, KS 67214-1911</u>
City     State     Zip Code

<u>316 2625802</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( (Wichita,)     Kansas City     or     Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

*Anita Blue*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( (yes)  or  no ).
(circle one)

*Anita Blue*
Signature of Plaintiff

Dated: _____
(Rev. 8/07)

6